IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-HC-2234-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Petitioner, | ) ) | |
| v. | ) ) | ORDER |
| DARREL FISHER, Reg. No. 11927-045, | ) ) ) | |
| Respondent. | ) ) | |

This matter comes before the court on the United States' 27 October 2010 motion to file forensic reports under seal. The motion indicates that respondent was served with a copy of the motion. Respondent has not filed any response, and the time within which to do so has run.

For the reasons stated in the motion it is ALLOWED. Furthermore, pursuant to Fed. R. Civ. P. 5.2(d), L. Civ. R. 79.2, EDNC, and Section T of the court's CM/ECF Administrative Policy Manual, the court ORDERS that the parties file any future forensic evaluations or other psychological or psychiatric documents in this case under seal, whether such documents are produced by government evaluators, independent examiners appointed by order of this court, or other mental health professionals.

This 19 November 2010.

W. Earl Britt
Senior U.S. District Judge